UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

BRANDY LEAH WILLIAMS )
)
v. ) NO. 2:09-CV-174
) *Jordan/Inman*
ESCO JARNIGAN, ROOKIE INMAN, )
and LINDA L/N/U, Head Nurse of the )
Medical Department )

## MEMORANDUM and ORDER

This is a *pro se* prisoner's civil rights complaint under 42 U.S.C. § 1983. On September 9, 2009, the Court entered an order, directing the Clerk to send plaintiff two service packets and ordering her to complete and return the packets to the Court within twenty (20) days, (Doc. 4). Plaintiff was also forewarned that, if she failed to comply with the order in a timely fashion, her lawsuit would be dismissed. [*Id.*].

Some two years and seven months have passed and plaintiff has failed to return the service packets or otherwise respond to the order.

Therefore, this case will be **DISMISSED** by a separate order for plaintiff's failure to prosecute and to comply with the orders of the Court. Fed. R. Civ. P. 41(b). Lastly, the Court **FINDS** that any appeal taken from this decision would not be taken in good faith, 28 U.S.C. § 1915(a)(3); thus, plaintiff will be **DENIED** leave to proceed *in forma pauperis* on appeal.

**ENTER:**

/s/ Leon Jordan
LEON JORDAN
UNITED STATES DISTRICT JUDGE